[No. 22881-5-II.    Division Two.    April 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL NATHAN MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00503-9, Waldo F. Stone, J., entered January 15, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 23153-1-II.    Division Two.    April 9, 1999.]

DEBRA KAY BAUER, *Appellant*, v. NATIONAL DATA FUNDING CORP., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-11030-8, Vicki L. Hogan, J., entered March 27, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Houghton, JJ.

[Nos. 38338-8-I; 42890-0-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD VAN WINKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00457-4, Steven J. Mura, J., entered February 15, 1996, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Becker, J., concurred in by Webster and Appelwick, JJ.

[No. 38653-1-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CASANDRA F. FALEULU, *Defendant*, FEROSITA PAGO MOLIGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08647-7, Joan DuBuque, J., entered May 21, 1996. *Reversed* by unpublished per curiam opinion.